UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK JEHMLICH,

    Petitioner,

v                          Case No. 06-14475

BLAINE C. LAFLER,           DISTRICT JUDGE ARTHUR J. TARNOW

    Respondent.           MAG. JUDGE PAUL J. KOMIVES

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #18-1] filed January 15, 2008. The Magistrate Judge recommends that this Court grant respondent's motion to dismiss. Petitioner filed objections on January 25, 2008.

Having reviewed the file and the Report and Recommendation the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, Respondent's motion to dismiss is **GRANTED**.

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge
Dated: February 21, 2008

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on February 21, 2008, by electronic and/or ordinary mail.

                                          s/Catherine A. Pickles
                                          Judicial Secretary